The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NEIL STRINGER and<br>ANTHONY RIPLEY,<br><br>Defendants. | NO. CR 18-157 RAJ<br><br>**PROTECTIVE ORDER** |

This matter comes before the Court on the United States' Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to counsel for the defendants in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case, and to any investigators, expert witnesses, and other

PROTECTIVE ORDER / *United States v. Stringer/Ripley* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  agents the attorneys of record hire in connection with this case. The attorneys of record,
2  and their investigators, expert witnesses, and other agents may review Protected Material
3  with the defendants. The defendants may inspect and review Protected Material, but
4  shall not be allowed to possess, photograph, or record Protected Material.
5      IT IS FURTHER ORDERED that defense counsel shall not provide Protected
6  Material to any other person outside his/her law office, including the defendants. A copy
7  of the Protected Material shall not be sent to the Federal Detention Center.
8      IT IS FURTHER ORDERED that the defendant, defense counsel, and others to
9  whom disclosure of the content of the Protected Material may be necessary to assist with
10 the preparation of the defense, shall not disclose the Protected Material or its contents,
11 other than as necessary for the preparation of defenses at trial and in subsequent appellate
12 proceedings, if necessary.
13     IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any
14 documents marked as Protected Material, the material shall be filed under seal with the
15 Court.
16     Nothing in this Protective Order prohibits defense counsel from showing the
17 Protected Material, or reviewing its contents, with the defendant or with others to whom
18 disclosure may be necessary to assist with the preparation of the defense at trial and in
19 subsequent appellate proceedings, if necessary.
20     Nothing in this Protective Order prohibits defense counsel from disputing the
21 designation of material as Protected Material and, if agreement cannot be reached
22 between the parties, seeking a determination by this Court.
23 //
24 //
25 //
26 //
27 //
28

PROTECTIVE ORDER / *United States v. Stringer/Ripley* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  At the conclusion of the case, the Protective Material shall be returned to the
2  United States, or destroyed, or otherwise stored in a manner to ensure that it is not
3  subsequently duplicated or disseminated in violation of this Protective Order.

4  DATED this 18 day of July 2018.

7  HON. RICHARD A. JONES
   United States District Judge

9  Presented by:

10 s/Amy Jaquette
11 AMY JAQUETTE
   Assistant United States Attorney
12

13 s/Jessica Manca
   JESSICA MANCA
14 Special Assistant United States Attorney

PROTECTIVE ORDER / *United States v. Stringer/Ripley* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970